July 2, 2015



# JUDGMENT

## 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

WOLF HOLLOW I, L.P., Appellant

NO. 14-09-00118-CV                    V.

EL PASO MARKETING, L.P. AND ENTERPRISE TEXAS PIPELINE, LLC,
Appellees

_____

This cause, an appeal from the judgment signed December 30, 2008, in favor of appellees, El Paso Marketing, L.P. and Enterprise Texas Pipeline, LLC, was heard on the transcript of the record. We have inspected the record and find that the trial court erred by issuing the third and fourth declarations of its final judgment (i.e., declaring that "Wolf Hollow's exclusive remedy regarding gas quality claims for gas delivered by Enterprise Texas Pipeline is to receive an assignment as set forth in Article XIV, Section 14.1 of any claims that El Paso Marketing, L.P. may have against such transporter" and declaring that "Article XXI of the Agreement does not apply to gas quality claims for gas delivered to Wolf Hollow on the Enterprise Texas Pipeline . . . ."). We order these portions of the judgment **VACATED** in accordance with this court's opinion.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.